MOORE v. VULCANITE CO. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Albert S. Moore against the Vulcanite Company. No opinion. Motion denied, with $10 costs. Order filed.

MORRIS & CUMINGS CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by the Morris & Cumings Company against the city of New York. Mr. Brown, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MULLEN, Respondent, v. J. J. QUINLAN & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Edward P. Mullen against J. J. Quinlan & Co. No opinion. Judgment and order unanimously affirmed, with costs.

